IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ALFRED COE,<br>        Plaintiff,<br>v.<br><br>JO ANNE B. BARNHART,<br>Commissioner of the Social Security Administration.<br>        Defendant. | Civil Action No. 05-3590 |

**ORDER**

June 26, 2006

AND NOW, upon review of the Report and Recommendation ("R&R") of United States Magistrate Judge Timothy R. Rice, dated February 22, 2006 (Docket # 10), to which no objections have been filed, it is hereby ORDERED that:

1)  The R&R is APPROVED and ADOPTED;

2)  The plaintiff's motion for summary judgment (Docket # 6) is DENIED; and

3)  The defendant's motion for summary judgment (Docket # 8) is GRANTED.

        BY THE COURT:

        /s/ Louis H. Pollak
        _____
        Pollak, J.